# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| SHAWN PALMORE,<br>Plaintiff,<br><br>vs.<br><br>DAVID DUNLAP, *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 1:17-cv-139<br><br>Judge Timothy S. Black<br><br>Magistrate Judge Karen L. Litkovitz |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 14) and
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on March 1, 2018, submitted a Report and Recommendation. (Doc. 14). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P). 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon considering the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 14) is **ADOPTED**;

2. This case is **DISMISSED** with prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b);

3. Pursuant to 28 U.S.C. § 1915(a), an appeal of this Order would not be taken in good faith, and accordingly, Plaintiff is denied leave to appeal *in forma pauperis*; and

4. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 6/6/18

Timothy S. Black
United States District Judge